# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JOANNE DESUE | : | No. 194 WAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| BANK OF AMERICA (WORKERS' COMPENSATION APPEAL BOARD) | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: BANK OF AMERICA | : | |
| | | |
| BANK OF AMERICA | : | No. 195 WAL 2022 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| JOANNE DESUE (WORKERS' COMPENSATION APPEAL BOARD) | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: BANK OF AMERICA | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.

      The Application for Supersedeas is **DENIED.**